# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Titia Long,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                               3:12cv488-GCM

Bunda et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2012 Order.

                                              Signed: October 29, 2012

                                              */s/ Frank G. Johns*
                                              Frank G. Johns, Clerk
                                              United States District Court