# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Titia Long,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:12cv488-GCM

Bunda et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2012 Order.

                                                   Signed: October 29, 2012

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court